UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

COLLINS SYLVESTER WILLIAMS, JR.,

    Plaintiff,

v.

THURSTON COUNTY, et al.,

    Defendants.

CASE NO. C14-5545 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 7), and Plaintiff Collins Sylvester Williams, Jr.'s ("Williams") objections to the R&R (Dkt. 8).

On July 28, 2014, Judge Creatura issued the R&R recommending that the Court deny Williams's motion to proceed *in forma pauperis* and dismiss his complaint because it is malicious, frivolous, and fails to state a claim. Dkt. 7. On August 5, 2014, Williams filed objections contending that he is unfamiliar with the law, he is only trying to right what he alleges are civil wrongs, and requesting that the Court allow any of the

ORDER - 1

1  salvageable claims to proceed.  Dkt. 8.  Having reviewed Williams's complaint and the

2  R&R, the Court finds that none of Williams's claims are salvageable.

3      Therefore, the Court having considered the R&R, Williams's objections, and the

4  remaining record, does hereby find and order as follows:

5      (1)    The R&R is **ADOPTED**;

6      (2)    Williams's motion to proceed *in forma pauperis* is **DENIED**;

7      (3)    Williams's complaint is **DISMISSED**; and

8      (4)    The Clerk shall close this case.

9  Dated this 3rd day of September, 2014.

BENJAMIN H. SETTLE
United States District Judge